# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-436-754

**Effective Date of Registration:**
February 18, 2025
**Registration Decision Date:**
March 11, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Daolyo Pimple Patches |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | August 15, 2023 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | LeChong maoyi xiantao youxiangongsi |
| **Author Created:** | 2-D artwork, text |
| **Work made for hire:** | Yes |
| **Citizen of:** | China |
| **Domiciled in:** | China |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | LeChong maoyi xiantao youxiangongsi<br>Shazuijiedao huangjindadaobeice shangyuanyipin1-4haolou sandanyuan1703shi, xiantao hubei, 433000, China |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | LeChong maoyi xiantao youxiangongsi |
| **Address:** | Shazuijiedao huangjindadaobeice shangyuanyipin1-4haolou sandanyuan1703shi xiantao hubei 433000 China |

## Certification

| | |
|---|---|
| **Name:** | Emma Lee |