**SCHEDULE A**

| No. | Defendant / Seller Alias | ASIN | Seller ID | URL |
|---|---|---|---|---|
| 1 | ZenTroveUSA® | B0D5ZXKY3M | A33MD30HIR6463 | https://www.amazon.com/dp/B0D5ZXKY3M?ref=ppx_yo2ov_dt_b_fed_asin_title |