**Plaintiff's Copyright Deposit**



**Defendant's Infringing Product**



6/3/25, 10:04 AM          Amazon.com: ZenTroveUSA® 450 Pimple Patches for Face, 4 Size Acne Patches, Hydrocolloid Patches for Covering Zits and Blemishes, Spot Stickers with Salicylic Acid, Glycolic Ac…

- 🌿 Organic Ingredients: ZenTroveUSA acne patches are enriched with natural components like Tea Tree Natural Oil, Salicylic Acid, Glycolic Acid and Calendula Natural Oil. ZenTroveUSA pimple patches for the face are highly efficient in absorbing gunk and shrinking spots.
- 🌿 Assorted Sizes: In contrast to other acne patches, ZenTroveUSA includes 450 patches in different sizes: 8mm (120 patches), 10mm (120 patches), 12mm (120 patches), and 14mm (90 patches). You can select the ideal size for the affected area. Just apply the hydrocolloid patch before bedtime, and wake up to clearer skin.
- 🌿 Invisible Protection: ZenTroveUSA pimple patches for the face offer an ultra-thin and nearly invisible design, making it easy to cover up acne spots. You can wear them with confidence, whether it's day or night, while still benefiting from their powerful effects.
- 🌿 Easy to use: Start by cleaning and drying the area with the blemish. Next, carefully peel off ZenTroveUSA pimple patch and place it on the spot. Allow it to stay on for 6-8 hours before taking it off. If our product doesn't meet your expectations, don't hesitate to reach out to us at any time. We're here to help 24/7!
- 🌿 Helpful Hint: Make sure your skin is dry for the patch to stick properly and function effectively.

💬 Report an issue with this product or seller

## Consider a similar item



Glowpatch Pimple Patches for Face (504 Counts), Bulk Acne Patch, Zit Stickers 4 Sizes, Hydrocolloid Spot Stickers, Clear Acne Dots for Covering Zits, Blemishes and Breakouts

★★★★½ (37)

$6.99 ($0.01/count) ✓prime

🌿 1 sustainability feature

Add to List

amazon business

**Save up to 3%** on this product with business-only pricing.

Create a free account



Peach Slices | Acne Spot Dots | H...

4.4        14,795

$4.88

Sponsored ⓘ

Sponsored ⓘ

## Frequently bought together

  +    +  

Total price: $20.97

**Add all 3 to Cart**

ⓘ These items are shipped from and sold by different sellers.

https://www.amazon.com/dp/B0D5ZXKY3M                                                                        2/13

6/3/25, 10:04 AM        Amazon.com: ZenTroveUSA® 450 Pimple Patches for Face, 4 Size Acne Patches, Hydrocolloid Patches for Covering Zits and Blemishes, Spot Stickers with Salicylic Acid, Glycolic Ac…

**This item:** ZenTroveUSA® 450 Pimple Patches for Face, 4 Size Acne Patches, Hydrocolloid…

$5⁹⁹ ($0.01/count)  ✓prime

Daolyo Pimple Patches for Face, 4 Size 300 Counts Acne Patches, Hydrocolloid Patches for Coveri…

$7⁹⁹ ($0.03/count)  ✓prime

Glowpatch Pimple Patches for Face (504 Counts), Bulk Acne Patch, Zit Stickers 4 Sizes,…

$6⁹⁹ ($0.01/count)  ✓prime

Show details

## Products related to this item  Sponsored ⓘ













Pimple Patches for Face (504 Counts), Bulk Acne Patch, Zit Stickers 4 Sizes, Hydroc...

★★★★½ 37

$6⁹⁹ ($0.01 / count)

✓prime

You pay $5.24 with coupon

🌱 Climate Pledge Friendly

450 Pimple Patches for Face, Hydrocolloid Acne Patches for Zit Covers, Mighty Patch...

★★★★½ 365

$6⁹⁹ ($0.02 / count)

✓prime

LitBear Pimple Patch Bulk, 480 Patches 3 Size Acne Patches for Face, Hydrocolloid S...

★★★★½ 429

Limited time deal

-40% $5⁹⁸

($0.01 / count)

List: $9.99

✓prime

🌱 Climate Pledge Friendly

Pimple Patches for Face, Cute Star Zit Covers, Stars Hydrocolloid, For Sensitive Sk...

★★★★☆ 429

-10% $4⁸³

($0.02 / count)

Typical price: $5.37

✓prime

180 Counts Original PimPle Patches for Face, Hydrocolloid Acne Pimple Patch with Te...

★★★★½ 36

$5⁹⁹ ($0.03 / count)

✓prime

LitBear Acne Pimple Patches- Day and Night 4 Sizes 180 Dots Thin & Thick Hydrocollo...

★★★★½ 5,500

Amazon's Choice

Limited time deal

-26% $5⁶⁸

($0.03 / count)

List: $7.63

✓prime

🌱 Climate Pledge Friendly

Peach Slices | Acne Spot Dots | Hydrocolloid Acne Patches | For Zits, Blemishes, & ...

★★★★½ 14,801

$4⁸⁸ ($0.16 / count)

✓prime

## From the brand

6/3/25, 10:04 AM          Amazon.com: ZenTroveUSA® 450 Pimple Patches for Face, 4 Size Acne Patches, Hydrocolloid Patches for Covering Zits and Blemishes, Spot Stickers with Salicylic Acid, Glycolic Ac…

## Product Description

## Product details

**Product Dimensions** : 5.63 x 4.17 x 0.75 inches; 2.4 ounces

**Manufacturer** : ZenTroveUSA

**ASIN** : B0D5ZXKY3M

**Country of Origin** : China

**Best Sellers Rank:** #38 in Pore Cleansing Strips

**Customer Reviews:**

4.3 ★★★★⯪ ∨ (541)

## Compare with similar items

This Item                Recommendations






6/3/25, 10:04 AM    Amazon.com: ZenTroveUSA® 450 Pimple Patches for Face, 4 Size Acne Patches, Hydrocolloid Patches for Covering Zits and Blemishes, Spot Stickers with Salicylic Acid, Glycolic Ac…



| | | | | |
|---|---|---|---|---|
| | ZenTroveUSA® 450 Pimple Patches for Face, 4 Size Acne Patches, Hydrocolloid Patches for Covering Zits and Blemishes, Spot Stickers wit… | HEVEEN Pimple Patches for Face, 144 Counts Acne Patches,Hydrocolloid Patches for Covering Zits and Blemishes, Spot Stickers with Salicylic… | EFLY Pimple Patches for Face, Acne Patches Hydrocolloid with Tea Tree Oil, Salicylic Acid & Calendula Oil, 2 Sizes Invisible for Makeup Zit… | Pimple Patches – 300 Count 4 Sizes Non Drying Acne Patches for Face with Salicylic Acid, Tea Tree & Calendula Oil – Invisible Zit Patches for… |
| | Add to cart | Add to cart | Add to cart | Add to cart |
| **Price** | -14% $5⁹⁹ List: $6.99 | $6⁹⁹ | $7⁹⁹ | -20% $7⁹⁹ List: $9.99 |
| **Price Per Unit** | $0.01 / count | $6.99 / count | $7.99 / count | $0.03 / count |
| **Delivery** | ✓prime FREE One-Day | ✓prime FREE One-Day | ✓prime FREE One-Day | ✓prime FREE One-Day |
| **Customer Ratings** | 4.3 ★★★★½ 541 | 4.8 ★★★★★ 12 | 4.0 ★★★★☆ 30 | 4.3 ★★★★½ 79 |
| **Sold By** | ZenTroveUSA® | HEVEEN | Smart PowerTeam | QUK TRADINGS |
| **Ingredients** | Hydrocolloid | Salicylic Acid, Tea Tree Oil & Calendula Oil | Tea Tree Oil, Salicylic Aid, and calendula oil | Tea Tree, Salycilic Acid, Calendula Oil |
| **Directions** | Clean and dry the affected area, then peel off and apply the pimple patch. Wait for 6-8 hours before removing. | Clean and dry the affected area, then peel off and apply the pimple patch. Leave it on for 6-8 hours before removing. | 1. Cleanse the skin area requiring treatment. 2. Select a dot-shaped hydrocolloid patch larger than the blemish. 3. Place the patch over the… | Apply a patch to a cleansed face before bedtime and remove in the morning. Can also be worn discreetly under makeup during the day. |
| **Form** | Pimple Patches, Acne Patches For Face | Patch | Patch | Patch |
| **Scent** | Tea Tree and Calendula Natural Extract Oil | Unscented | Tea Tree | Unscented |
| **Brand** | ZenTroveUSA | HEVEEN | EFLY | VONESSENCE |
| **Product Benefit** | Alcohol Free, Drug Free, Chemical Free, Cruelty Free | Anti-Acne, Anti-Redness, Anti-Aging, Skin Cell Renewal, Smoothing | Anti-Acne | Anti-Acne, Dark Spot Correction, Hydrating, Anti-Redness, Cleansing |

## Videos

**Videos for this product**



| | | | | |
|---|---|---|---|---|
| 0:30 | 0:07 | 1:18 | 0:10 | |
| Customer Review: Lifesaver for Breakouts! Sujata | Customer Review: These are so good! Marie Soto | Customer Review: Simple and efficient - Suitable for everyon… Doctor T | Customer Review: Hydrocollioid acné emergency parch Silvia salazar | Customer R… pimple pat… Neriuska Uro… |

https://www.amazon.com/dp/B0D5ZXKY3M

6/3/25, 10:04 AM          Amazon.com: ZenTroveUSA® 450 Pimple Patches for Face, 4 Size Acne Patches, Hydrocolloid Patches for Covering Zits and Blemishes, Spot Stickers with Salicylic Acid, Glycolic Ac...

Upload your video

**Important information**

**Safety Information**

For external use only, if rash orirritation occurs, stop using and see doctor

**Ingredients**

Hydrocolloid

**Directions**

Clean and dry the affected area, then peel off and apply the pimple patch. Wait for 6-8 hours before removing.

**Related products with free delivery** Sponsored ⓘ

     

| PEACE OUT Acne Healing Dots Helps Clear Blemishes Overnight, Fast Acting Hydrocollo... | CLEAN SKIN CLUB 60 Invisible Vegan Pimple Patches, Derma Dot Hydrocolloid for Cover... | Prime Patch - Hydrocolloid Pimple Patches for Face, Clear Zit Stickers & Acne... | Peach Slices \| Deep Blemish Microdarts \| Acne Patch \| Early Stage & Deep Pimples \| ... | Glowpatch Pimple Patches for Face (504 Counts), Bulk Acne Patch, Zit Stickers 4 Siz... | 450 Pimple Patches for Face, Hydrocolloid Acne Patches for Zit Covers, Mighty Patch... | ZitSticka Liquid Pimple Patch - Invisible Pimple Patches for Face, FSA HSA Eligible... |
|---|---|---|---|---|---|---|
| ★★★★½ 2,118 | ★★★★½ 400 | ★★★★½ 31 | ★★★★☆ 5,167 | ★★★★½ 37 | ★★★★½ 365 | ★★★★½ 230 |
| Amazon's Choice | $12⁰⁰ ($0.20 / count) | $8⁹⁹ ($0.20 / count) | $8⁸⁸ ($0.99 / count) | $6⁹⁹ ($0.01 / count) | $6⁹⁹ ($0.02 / count) | $19⁹⁹ |
| -30% $23⁰⁰ | ✓prime | ✓prime | ✓prime | ✓prime | ✓prime | ($66.63 / fluid ounce) |
| ($0.58 / count) | | | 🍃 Climate Pledge Friendly | You pay $5.24 with coupon | | ✓prime |
| List: $33.00 | | | | 🍃 Climate Pledge Friendly | | You pay $14.99 with coupon |
| ✓prime | | | | | | |

Sponsored ⓘ

6/3/25, 10:04 AM        Amazon.com: ZenTroveUSA® 450 Pimple Patches for Face, 4 Size Acne Patches, Hydrocolloid Patches for Covering Zits and Blemishes, Spot Stickers with Salicylic Acid, Glycolic Ac…



**Similar brands on Amazon**

Sponsored ⓘ

Peach Slices | Acne Spot Dots | Hydrocolloid Acne Patches | For Zits,…
4.4 ★★★★½ 14,801
$4.88

caraseoul Pimple Patches, 2 Size Hydrocolloid Acne Patch for Zits and…
4.4 ★★★★½ 148
$13.99

LitBear Large Pimple Patches (7 Sizes 112 Counts), Big Acne Patches, XL…
4.4 ★★★★½ 798
$7.99

TKTK … Sizes …
4.4 ★
$8.99

---

✦ **Looking for specific info?**

┌─────────────────────────────────────────────┐
│ Ask Rufus or search reviews and Q&A      ⊕   │
└─────────────────────────────────────────────┘

( Can these patches be worn under makeup? )  ( Do they work on all skin types? )  ( Are they reusable? )

( How long do results usually take? )  ( Do they contain any fragrances? )

---

## Customer reviews

★★★★½  4.3 out of 5

541 global ratings

| | | |
|---|---|---|
| 5 star | ▓▓▓▓▓▓▓ | 73% |
| 4 star | ▓ | 11% |
| 3 star | ▓ | 5% |
| 2 star | | 2% |
| 1 star | ▓ | 9% |

How customer reviews and ratings work ⌄

### Review this product

Share your thoughts with other customers

[ Write a customer review ]

### Customers say

Customers find these pimple patches effective, with one noting they work as well as expensive alternatives. The patches stick well, staying on through day and night, and cover both small pimples and larger blemishes. Customers appreciate the variety of sizes, high quality, and value for money. They are nearly invisible on the skin and contain beneficial ingredients like salicylic acid, tea tree oil, and calendula oil.

ai⊹ Generated from the text of customer reviews

**Select to learn more**

✓ Effectiveness  |  ✓ Stickiness  |  ✓ Skin protection  |  ✓ Value for money  |  ✓ Variety of sizes

✓ Quality  |  ✓ Visibility  |  ✓ Ingredients

### Reviews with images

See all photos ›

6/3/25, 10:04 AM      Amazon.com: ZenTroveUSA® 450 Pimple Patches for Face, 4 Size Acne Patches, Hydrocolloid Patches for Covering Zits and Blemishes, Spot Stickers with Salicylic Acid, Glycolic Ac…




Sponsored ⓘ

**Top reviews from the United States**

[ Translate all reviews to English ]

&#9898; Molly

★★★★★ **Game changer for breakouts!**
Reviewed in the United States on May 31, 2025
**Verified Purchase**
I've tried a lot of pimple patches over the years, but ZenTroveUSA® 450 Pimple Patches absolutely stand out in both quality and value. With 450 patches in four different sizes, there's a perfect fit for every kind of blemish—from small whiteheads to those annoying larger breakouts.

What I love most:

The patches contain salicylic acid, glycolic acid, tea tree oil, and calendula oil, which not only draw out impurities but also calm redness and inflammation. I noticed some zits shrink overnight!

The adhesion is excellent. They stay put even through sleep and light sweating, and they're ultra-thin and nearly invisible under makeup or during the day.

They speed up healing, reduce the urge to pick, and prevent scarring. A huge win.

⌄ Read more



[ Helpful ]  |  Report

&#9898; Does it make cents

★★★★★ **Pimple patch 450 patches size: S/M/L/XL zen trove USA the professional**
Reviewed in the United States on May 26, 2025
**Verified Purchase**
I have to say I love these and I have tried a few now.
Hydrocolloid acne emergency patch.
Gently absorb pimple gunk in 6-8 hours
Invisible thin, drug-free & non-drying.
These are simple and the value for your money are there the product is made extremely well as you can see in my review picture number 1. It comes with
450 PATCHES
Sizes S1ZE1 S/M/L/XL
If you are a first time buyer or haven't tried these don't think another second you most likely will be a repeat like me and the sellers are wonderful and I will always be looking for other things they sell they are attentive quick responding and you really feel the customer service is there!!! 5/5 I would give more if I could can't say enough good things about them!



Helpful | Report

**Kate**

★★★★★ **Amazing Results Overnight — My Go-To Acne Solution!**

Reviewed in the United States on April 28, 2025

**Verified Purchase**

I am absolutely thrilled with the ZenTroveUSA Acne Patches! These patches have been a game-changer for my skincare routine. They stick firmly to the skin without being uncomfortable, thanks to their exceptional adhesion and breathable, waterproof hydrocolloid material. Even during sleep, they stay perfectly in place — no slipping or irritation at all.

I love that they are made with organic ingredients like Tea Tree Oil, Salicylic Acid, and Calendula, which makes me feel good about what I'm putting on my skin. Plus, the 450 patches in assorted sizes mean I always have the perfect patch for any breakout, whether big or small.

The invisible design is a huge plus — I can wear them during the day if needed, and they blend in so well that they're hardly noticeable. They're super easy to use: just clean the skin, apply the patch, and peel it off after a few hours. Every time I use them, I wake up to visibly reduced spots!

Highly recommend these to anyone looking for an effective, natural, and convenient way to treat acne. ZenTroveUSA really nailed it with this product!

One person found this helpful

Helpful | Report

**Claudia Barroso**

★★★★★ **Este producto tiene exelente calidad.**

Reviewed in the United States on May 18, 2025

**Verified Purchase**

Parches hidrocoloides que funcionan como una solución de emergencia para el acné.
Lo que más me gusta es que absorben el contenido del grano en 6 a 8 horas, tal como promete el empaque. Son delgadísimos, invisibles y libres de medicamentos, lo que significa que puedo usarlos durante el día sin que se noten demasiado, y sin preocuparme de que resequen la piel.
Además, al ser no secantes y sin químicos, son ideales para pieles sensibles. También me parece muy conveniente la cantidad que incluye el paquete, ya que rinde bastante tiempo. Una excelente opción para quienes buscan una solución rápida, discreta y efectiva contra el acné sin usar productos agresivos. Muy recomendados por su relación calidad-cantidad-precio.



Helpful | Report

Translate review to English

Danny boy

★★★★☆ **Quantity over quality.**

Reviewed in the United States on April 26, 2025

**Verified Purchase**

These are great if you want to cover something to keep from messing with it. They stick pretty well and you get a lot of them.

Now, if you've used the name brand patches, you may not be as satisfied. They dont stick quite as well and don't seem to do much in terms of speeding up the healing time like some i've used. They are a solid 4 out of 5 stars when compared to name brand though and you get quadruple the amount, so depending on why you use them, they may be exactly what you're looking for.

One person found this helpful

Helpful     |     Report

Jamie Dundon

★★★★★ **Hide those unsightly blemishes**

Reviewed in the United States on June 2, 2025

**Verified Purchase**

So the new thought is that you never pop a pimple and nowadays you don't even try to hide them. These pimple patches are great tp place on blemish's to hurry the healing. These keep them from scaring. These are almost invisible and help to blur the blemish. These cut down the the time it takes for the blemish to go away. This box has a ton in it so it is worth every penny.

Helpful     |     Report

Claudia Rosabal

★★★★★ **"Magic patch for emergencies**

Reviewed in the United States on May 28, 2025

**Verified Purchase**

These anti-acne patches have been a revelation in my facial care routine. From the first application, I noticed how the imperfections decreased noticeably. Its discreet design allows you to wear them during the day without being noticed, and their adhesion is excellent, even while I sleep. In addition, they contain ingredients such as tea tree oil and salicylic acid, which help reduce inflammation and prevent new rashes. They are ideal for those looking for a quick and effective solution against unexpected pimples. Totally recommended!



Helpful     |     Report

vanessa nieves

★★★★★ **super good product**

Reviewed in the United States on May 26, 2025

**Verified Purchase**

I've tried ZenTroveUSA® Acne Patches and I'm truly impressed. The package includes 450 patches in four sizes, allowing me to cover everything from small pimples to larger blemishes. Ingredients like salicylic

acid, glycolic acid, tea tree oil, and calendula oil are a powerful combination that speeds up the recovery of blemishes without irritating my skin. Plus, they're transparent and adhere perfectly, so I can wear them throughout the day without them being noticeable. I definitely recommend them for anyone looking for a quick and effective solution!

Helpful | Report

See more reviews ›

## Top reviews from other countries

VLo

★★★★★ **Effective, assorted sizing, great product, great price**
Reviewed in Canada on April 4, 2025
**Verified Purchase**
These are literally the best pimple patches I have ever tried. This works just as good if not better than the name brands charging you for nearly 10 times the price!!! Big, red and painful pimples, whiteheads, emerging pimples or texture will be gone overnight. Some said that it was too thick, but in my opinion, this is a heavy duty product that really gets the job done. They stick perfect when you sleep and pimples GONE just like that. It also comes in all sorts of sizes. I even trim the larger ones down to smaller pieces too. Great product overall 100% recommend.

Report

Dave P.

★★★★★ **Work and great value!**
Reviewed in Canada on February 16, 2025
**Verified Purchase**
Work great, so many patches included! Great value for the price.

Report

Yarrumab

★★★☆☆ **Thicker than expected.**
Reviewed in Canada on February 3, 2025
**Verified Purchase**
Works great but only giving 3 stars because they are significantly thicker than another brand I tried.

Report

See more reviews ›

Sponsored ⓘ

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |

6/3/25, 10:04 AM          Amazon.com: ZenTroveUSA® 450 Pimple Patches for Face, 4 Size Acne Patches, Hydrocolloid Patches for Covering Zits and Blemishes, Spot Stickers with Salicylic Acid, Glycolic Ac…





# Order Details

Order placed July 7, 2025     Order # 112-6765051-7009856

**Ship to**

Chicago, IL 60657
United States

**Payment method**

Visa ending in

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $5.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $5.99 |
| Estimated tax to be collected: | $0.61 |
| **Grand Total:** | **$6.60** |

**Arriving tomorrow**

ZenTroveUSA™ 450 Pimple Patches for Face, 4 Size Acne Patches, Hydrocolloid Patches for Covering Zits and Blemishes, Spot Stickers with Salicylic Acid, Glycolic Acid, Tea Tree Oil and Calendula Oil
Sold by: ZenTroveUSA®
Supplied by: Other
$5.99



amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates