

amazon
Delivering to Chicago 60657
Update location
All
Search Amazon
EN
Hello, sign in
Account & Lists
Returns
& Orders
0
All
Amazon Haul
Medical Care
Saks
Best Sellers
Amazon Basics
New Releases
Registry
Groceries
Today's Deals

## About Seller

- **ZenTroveUSA is committed to providing each customer with the highest standard of customer service.**

**Have a question for ZenTroveUSA®?**

Ask a question

## Reviews

5 out of 5
43 ratings

12 months

| | |
|---|---|
| 5 star | 100% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

43 total ratings, 43 with feedback for 12 months

"I'm forever buying these for my son who has acne"

By Amazon Customer on July 11, 2025.

"Me encantó"

By Karolina Leon on July 7, 2025.

"Came thsnkbyou was need"

By KAREN LEWIS/ on July 6, 2025.

":-)"

By Vanilla Girl on July 5, 2025.

"Excelente"

By Tauni Ramos on July 2, 2025.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** ZenTroveUSA
**Business Address:**
太和镇龙归鹤龙四路111号3栋3楼3017室
广州市
白云区
广东省
510000
CN

7/14/25, 3:43 PM Case: 1:25-cv-08001 Document #: 4 Filed: 07/15/25 Page 4 of 8 PageID #:144 Amazon.com Seller Profile: ZenTroveUSA®

Shipping Policies
Other Policies
Help
Products
See all products currently offered by the seller.
ZenTroveUSA®
Visit the ZenTroveUSA® storefront
100% positive in the last 12 months (43 ratings)
ZenTroveUSA™ 450 Pimple Patch...
$5.99 ($ 0.01 / count)
Add to Cart
Customers who viewed items in your browsing history also viewed
LitBear Pimple Patch Bulk, 480 Patches 3 Size Acne Patches for Face, Hydrocolloid Spot Stickers for Covering Zi...
595
$6.99 ($0.01/count)
Get it as soon as Saturday, Jul 19
FREE Shipping on orders over $35 shipped by Amazon
1 sustainability feature
Daolyo Pimple Patches for Face, 4 Size 300 Counts Acne Patches, Hydrocolloid Patches fo...
7,420
24% off Limited time deal
$7.58 ($0.03/count)
List: $9.99
Get it as soon as Saturday, Jul 19
FREE Shipping on orders over $35 shipped by Amazon
450 Pimple Patches for Face, Hydrocolloid Acne Patches for Zit Covers, Mighty Patch Acne Invisible Zit Patches for...
394
$6.99 ($0.02/count)
Get it as soon as Saturday, Jul 19
FREE Shipping on orders over $35 shipped by Amazon
TKTK Bulk Pimple Patches for Face, 435 Patches 4 Size Acne Patches Day and Night, Hydrocolloid Patch Thi...
114
$7.99 ($0.02/count)
Get it as soon as Saturday, Jul 19
FREE Shipping on orders over $35 shipped by Amazon
1 sustainability feature
TKTK 443 Co Patches for Hydrocolloi Bulk, Acne S
Amazon's Ch
$7.99 ($0.02
Get it as soon
19
FREE Shipping
$35 shipped b
1 sustainab

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| | | Amazon Business Card | |

https://www.amazon.com/sp?ie=UTF8&seller=A33MD30HIR6463&asin=B0D5ZXKY3M&ref_=dp_merchant_link&isAmazonFulfilled=1 4/5

Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

amazon English United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

7/14/25, 3:41 PM Room 3017, 3rd Floor, Building 3, No. 111, Helong 4th Road, Longgui, Taihe Town Guangzhou Baiyun District Guangdong Province 510000 CN…

Room 3017, 3rd Floor, Building 3, No. 111, Helong 4th Road, Longgui, Taihe Town Guangzhou Baiyun District Guangdong Province 510000 CN

Hampton by Hilton Guangzhou…
Holiday Inn Guangzhou…
Ling Zhi Hotel
Mayland Resort
Imin Hotel
金宝山宾馆
Xishiman Commercial Hotel
Pullman Hotel Baiyun Airport…
Guangzhou Start World Hotel
Ginza Holiday Hoel
Star Hotel
Lavande Hotel
Winart Life service apartment
LAVANDE Hotels
Ausotel by Argyle Baiyun Hotel
Dongfangcun Senye Resort
Guangzhou Maofeng Qinyuan Hotel
Evergrande Hotel
Guangzhou Mustin Hotel
White Swan VYV Hotel, Foshan
Huasheng Business Hotel
SHANG SHUAI BUSINESS HOTEL
Vienna Hotel
Changzhou Hotel
Foshan Friendly Holiday Hotel
Bailida Foshan
Helong Hotel
GuangZhou TongYu International Hotel
DoubleTree by Hilton Hotel…
Baiyun International Convention Center
CITY COMFORT INN
Fontainebleau Hotel
Kunlong Hotel
Golden Sun Hotel
Wyndham Foshan Nanhai
Guangzhou Phoenix City Hotel
Vienna International Hotel
Dinglong Hotel
Jiangfan Hotel
Hostel In Grove
Clifford (Golden Lake) Hotel
Lavande Hotel
Fairfield by Marriott, Foshan Nanhai
Junyi Hotel
Google

Map data ©2025 5 mi

Guest rating
All filters
Results
Sort by
Share
Yunshang International Center
5.0 (1)
Conference center · · 望岗, 101 De Xing Lu
Holiday Inn Express Guangzhou Baiyun Airport
3.6 (33)
3-star hotel
Modern hotel with free breakfast & Wi-Fi
Free parking
Free Wi-Fi
Air-conditioned
Breakfast

https://www.google.com/maps/search/Room+3017,+3rd+Floor,+Building+3,+No.+111,+Helong+4th+Road,+Longgui,+Taihe+Town+Guangzhou+Baiyun+District+G… 1/1

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS | DOCUMENTS | MAINTENANCE | Back to Search | Print

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2025-07-14 16:41:51 EDT |
| **Mark:** | ZENTROVE USA |

| | | | |
|---|---|---|---|
| **US Serial Number:** | 98597832 | **Application Filing Date:** | Jun. 12, 2024 |
| **US Registration Number:** | 7758757 | **Registration Date:** | Apr. 15, 2025 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **TM5 Common Status Descriptor:** | LIVE/REGISTRATION/Issued and Active<br>The trademark application has been registered with the Office. | | |
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. | | |
| **Status Date:** | Apr. 15, 2025 | | |
| **Publication Date:** | Feb. 25, 2025 | | |

## Mark Information

Expand All

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

| | | | |
|---|---|---|---|
| **Owner Name:** | Gvelukashvili, Giga | | |
| **Owner Address:** | Sanzona Block<br>Tbilisi, Tbilisi GEORGIA 0178 | | |
| **Legal Entity Type:** | INDIVIDUAL | **Citizenship:** | GEORGIA |

Feedback

## Attorney/Correspondence Information

## Prosecution History

## TM Staff and Location Information

## Assignment Abstract Of Title Information - None recorded

## Proceedings - None recorded

Feedback